1   Paul S. Prior
    Nevada Bar No. 9324
2   Theresa C. Trenholm
    Nevada Bar No. 16460
3   SNELL & WILMER L.L.P.
    1700 South Pavilion Center Drive
4   Suite 700
    Las Vegas, Nevada 89135-1865
5   Telephone:  702.784.5200
    Facsimile:  702.784.5252
6   Email: sprior@swlaw.com
            ttrenholm@swlaw.com
7

8   *Attorneys for Defendant MC4 Construction, LLC*

9
                **UNITED STATES DISTRICT COURT**
10
                     **DISTRICT OF NEVADA**
11

12
    BOARD OF TRUSTEES OF THE                 Case No.: 2:24-cv-01338-APG-EJY
13  ELECTRICAL WORKERS HEALTH
    AND WELFARE TRUST; BOARD OF              **STIPULATION AND ORDER TO**
14  TRUSTEES OF THE ELECTRICAL               **EXTEND DATE FOR MC4**
    WORKERS PENSION TRUST,                   **CONSTRUCTION LLC'S ANSWER TO**
15                                           **COMPLAINT**

16                  Plaintiffs,

17  vs.

18  MC4 CONSTRUCTION, LLC a Nevada
    limited liability company,
19
                    Defendant.
20

21          THIS STIPULATION is entered into by and between Plaintiffs Board of Trustees of the

22  Electrical Workers Health and Welfare Trust and Board of Trustees of the Electrical Workers

23  Pension Trust's ("Plaintiffs") and Defendant MC4 Construction, LLC ("Defendant" or "MC4

24  Construction"), by and through undersigned counsel to extend Defendant's deadline to respond to

25  Plaintiffs' Complaint from August 28, 2024 to September 6, 2024 based on the following:

26          1.      Plaintiffs served the Summons and Complaint on MC4 Construction on August 7,

27  2024.

28

4879-4203-4142

2. Based on the date of service of the Summons and Complaint, MC4 Construction's current deadline to respond to the Complaint is August 28, 2024.

3. MC4 Construction recently retained the undersigned counsel to represent it in this action.

NOW THEREFORE, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for MC4 Construction to respond to the Complaint, up to and including **September 6, 2024**, to allow MC4 Construction sufficient time to analyze and investigate the allegations in the Complaint, and to prepare a response thereto.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: August 29, 2024                                  Dated: August 29, 2024

SNELL & WILMER L.L.P.                          BROWNSTEIN HYATT FARBER
                                                                        SCHRECK, LLP

By: /s/ Paul S. Prior                                   By: /s/ Christopher M. Humes
Paul S. Prior (NV Bar No. 9324)                  Christopher M. Humes (NV Bar No. 12782)
Theresa C. Trenholm (NV Bar No. 16460)    William D. Nobriga (NV Bar No. 14931)
1700 South Pavilion Center Drive                100 North City Parkway
Suite 700                                                    Suite 1600
Las Vegas, Nevada 89135                            Las Vegas, Nevada 89106
*Attorneys for Defendant MC4*                     *Attorneys for Plaintiffs*
*Construction, LLC*

- 2 -

4879-4203-4142

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

**<u>ORDER</u>**

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant MC4 Construction, LLC shall have until September 6, 2024 to file a response to the Complaint.

**IT IS SO ORDERED.**

Dated:  August 29, 2024

_____

UNITED STATE MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: /s/ *Paul S. Prior*
_____
    Paul S. Prior (NV Bar No. 9324)
    Theresa C. Trenholm (NV Bar No. 16460)
    1700 South Pavilion Center Drive
    Suite 700
    Las Vegas, Nevada 89135
    *Attorneys for Defendant MC4 Construction, LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

- 3 -

4879-4203-4142