Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: chumes@bhfs.com
        wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> MC4 CONSTRUCTION, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No. 2:24-cv-01338-APG-EJY <br><br><br> **ORDER GRANTING** <br><br> **JOINT MOTION FOR STAY TO FINALIZE SETTLEMENT TERMS** |

Plaintiffs, Boards of Trustees of the Electrical Workers Health and Welfare Trust and the Electrical Workers Pension Trust (the "Trust Funds"), through its counsel of record Brownstein Hyatt Farber Schreck, LLP, and Defendant MC4 Construction LLC ("MC4") (the Trust Funds and MC4 are collectively the "Parties"), through its counsel of record Snell and Wilmer LLP, respectfully request this Court issue a stay so that the parties may finalize settlement terms that have been mutually agreed to by the Parties.

As this Court knows, the Parties have been exploring settlement for quite some time, but have been unsuccessful in their initial efforts. While the Parties elected to lift the previous stay

and continue discovery in this case, the Parties continued to communicate and were able to agree on terms to resolve this dispute. As a result, the Parties notify this Court that settlement has been reached and jointly request that the matter be stayed so that the Parties may have the requisite time to memorialize and effectuate those settlement terms. This request for a stay is not made for the purpose of delay, but to conserve the Parties' and the Court's resources by avoiding costly discovery and any disputes that may arise from those fact-finding efforts.

The Parties propose that within thirty (30) days, the Parties will either file a joint stipulation to dismiss this matter or provide this Court with a status report outlining the Parties' progress towards the above-stated goals related to resolution of this dispute.

Dated: February 3, 2026

SNELL & WILMER, LLP

By: /s/ Paul S. Prior
Paul S. Prior, Esq.
NV Bar No. 9324
Theresa C. Trenholm, Esq.
NV Bar No. 16460
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135

*Attorneys for Defendant*

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Christopher M. Humes
Christopher M. Humes, Esq.
NV Bar No. 12782
William D. Nobriga, Esq.
NV Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

**O R D E R**

**IT IS SO ORDERED.**

**ANDREW P. GORDON, CHIEF U.S. DISTRICT JUDGE**

**DATED:** February 4, 2026

**Case No. 2:24-cv-01338-APG-EJY**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

33785052.2