**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, et al., | Case No.: 2:24-cv-01338-APG-EJY |
| Plaintiffs | **Order** |
| v. | |
| MC4 CONSTRUCTION, LLC, | |
| Defendant | |

The parties previously stipulated to file a joint stipulation to dismiss or a status report within 30 days of February 4, 2026. ECF No. 30.  No stipulation or status report has been filed.

I THEREFORE ORDER that by April 14, 2026, the parties must file a stipulation of dismissal or a status report regarding the parties' progress toward resolving the settlement terms. The failure to do so may result in dismissal of this case with no further warning.

DATED this 1st day of April, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE