Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: chumes@bhfs.com
        wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST, | Case No. 2:24-cv-01338-APG-EJY |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| MC4 CONSTRUCTION, LLC, a Nevada limited liability company, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Boards of Trustees of the Electrical Workers Health and Welfare Trust and the Electrical Workers Pension Trust (the "Plaintiffs"), through its counsel of record Brownstein Hyatt Farber Schreck, LLP, and Defendant MC4 Construction LLC ("Defendant"), through its counsel of record Snell and Wilmer LLP, hereby

/ / /

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

51478552.1

1

and agreed to a dismissal with prejudice of any and all claims in the above-captioned litigation. Each party shall bear its own costs, expenses and attorney's fees.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

Dated: May 19, 2026

SNELL & WILMER

/s/ Paul S. Prior
Paul S. Prior, Esq.
Nevada Bar No. 9324
1700 Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Attorney for Defendant

Dated: May 19, 2026

**O R D E R**

**IT IS SO ORDERED.**

**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** May 20, 2026

**Case No. 2:24-cv-01338-APG-EJY**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

51478552.1                    2